# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**SILFREDO R. MERIDA-RONDON,**
**A# 216-359-767,**

    **Petitioner,**

vs.                                                   Case No. 4:20cv170-MW-MAF

**WILLIAM P. BARR, ATTORNEY**
**GENERAL OF THE UNITED STATES,**
**et al.,**

    **Respondents.**
_____/

## ORDER and REPORT AND RECOMMENDATION

The pro se Petitioner initiated this case on April 3, 2020, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1. Service of the petition was directed, ECF No. 5, and Respondents filed a response, ECF No. 8, which argued that the petition should be denied. In particular, Respondents advised that the Venezuelan Embassy had issued a travel document for Petitioner in late October 2019 which was received a month later by ICE, but which expired on January 27, 2020. *Id.* at 4; *see also* ECF No. 8-1 at 4. Respondents then asserted that a new travel

document would be requested on June 15, 2020, and they expect that Petitioner would be removed by August 15, 2020. *Id.*

Notwithstanding that assertion, the response indicated that Petitioner may be released on conditions of supervision. *Id.* at 5, 7. Thus, an Order was entered on June 10, 2020, providing Petitioner with an opportunity to file a reply to the response filed by Respondents. ECF No. 9. Petitioner's copy of that Order was recently returned to the Court as undeliverable. ECF No. 11.

Moreover, Respondents have now filed a motion to dismiss the petition as moot. ECF No. 10. Respondents advise that Petitioner was released from ICE custody on June 12, 2020, under an order of supervision. *Id.* Attached to the motion is an exhibit revealing Petitioner was released from detention and providing Petitioner's address upon release. ECF No. 10-1 at 2. Therefore, because Petitioner has been afforded the relief sought in the petition and is no longer in custody, this § 2241 petition should now be dismissed as moot.

Additionally, the motion to dismiss contains a certificate of service indicating the document was provided to Petitioner at his address of release. ECF No. 10 at 3. This Report and Recommendation shall be

provided to Petitioner at that address and he must immediately file an objection or motion for reconsideration if he objects to the dismissal of this case as moot.

## ORDER

It is **ORDERED** that the Clerk of Court shall forward this Report and Recommendation to Petitioner at 6941 NW 173rd Drive, Hialeah, FL 33015, *see* ECF No. 10 at 3, and his address of record.

## REPORT AND RECOMMENDATION

It is respectfully **RECOMMENDED** that the motion to dismiss, ECF No. 10, be **GRANTED**, and the § 2241 petition be **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition.

**IN CHAMBERS** at Tallahassee, Florida, on June 23, 2020.

    S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.