IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SILFREDO R. MERIDO-RONDON,**
**A3 216-259-767,**

    Petitioner,

v.                        Case No.  4:20cv170-MW/MAF

**WILLIAM P. BARR, Attorney**
**General of the United States,**
**et al.,**

    Respondents,
_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objection having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 10, is **GRANTED**. The § 2241 petition is **DISMISSED as moot** since

---

[1] Mail to Petitioner has been returned as "Vacant Unable to Forward." ECF No. 13.

1

Petitioner has been granted the relief sought in the petition." The Clerk shall also close the file.

**SO ORDERED on July 22, 2020.**

**<u>s/ MARK E. WALKER</u>**
**Chief United States District Judge**
